ACCEPTED
03-12-00247-CV
4631165
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 9:32:20 AM
JEFFREY D. KYLE
CLERK

## No. 03-12-00247-CV

In the Court of Appeals
For the Third Judicial District Of Texas
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/25/2015 9:32:20 AM

JEFFREY D. KYLE
Clerk

**Roland Oil Company**
Appellant,
v.
**Railroad Commission of Texas**
Appellee.

Appeal from the 353rd Judicial District Court
Travis County, Texas
Cause No. D-1-GN-08-003472

To The Honorable Court of Appeals:

I respectfully ask for a Motion for Extension of Time for my case. My prayer is for 90 days so I can find new counsel. My attorney of record, Dario Bargas sent an email stating he could no longer help me. I am attaching the email. I am currently searching for new representation. It has been a stressful event. All of this is very new to me. My case number 03-12-00247-CV, Roland Oil Company vs Railroad Commission of Texas. Thank you very much for hearing my request and I ask respectfully that you grant my prayer.

Cristobal Ortiz
/s/ *Cristobal Ortiz*
Roland Oil Company
PO Box 459
133 Trojan
Charlotte, Texas  78011
Email Address cowboycoffee@att.net
Office          830-277-1533
Home          830-277-1522
Mobile          830-570-5166

Certificate of Service

On March 20, 2015, a true and correct copy of the foregoing Motion for Extension of Time for Appellant Roland Oil Company was served on the following counsel electronically through an electronic filing service provider and by email:

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P. O. Box 12548, MC 066
Austin, Texas 78711-2548
anthony.benedict@texasattorneygeneral.gov
Tel: (512) 463-2012
Fax: (512) 320-0911

ATTORNEYS FOR APPELLEE,
RAILROAD COMMISSION OF TEXAS


/s/ *Cristobal Ortiz*
CRISTOBAL ORTIZ

Subject: the court of appeals

From:

Dario Bargas (dario@bargas-Iaw.com)

To:

cowboycoffee@att.net;

Date:

Monday, March 2, 2015 4:46 PM

Reversed their previous decision.

You need to get someone on board immediately and I can't help you anymore.
Thanks

Dario

file:IIIC:/Users/COWBOY ~ 11 AppDataiLocallTempILow/5Al VNQI9 .htm

3117/2015